```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                           COUNSEL/PARTIES OF RECORD

                         JUN 29 2015

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                 BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASEN LYNN DUSHANE, | ) |
| Plaintiff, | ) |
| v. | ) 3:14-cv-586-RCJ-VPC |
| NORTHERN NEVADA CORRECTIONAL CENTER et al., | ) ORDER |
| Defendants. | ) |

## I. DISCUSSION

On March 25, 2015, this Court entered a screening order dismissing Plaintiff's complaint in its entirety with leave to amend. (ECF No. 4 at 6). On March 30, 2015, Plaintiff filed a first amended complaint. (ECF No. 6). After that time, Plaintiff filed several motions to supplement his complaint and other miscellaneous motions that seem to supplement Plaintiff's complaint. (ECF No. 7, 9, 11, 12, 13, 14). The Court denies these motions. The Court will not piecemeal Plaintiff's first amended complaint together. Instead, Plaintiff must file one complete and comprehensive complaint. The Court grants Plaintiff 30 days from the date of this order to file a complete and comprehensive second amended complaint. If Plaintiff does not file a second amended complaint, the Court will only screen the first amended complaint (ECF No. 6).

Plaintiff is granted leave to file a second amended complaint to cure the deficiencies of the supplemental complaints. If Plaintiff chooses to file a second amended complaint he is advised that an amended complaint supersedes the original complaint and, thus, the second amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original");

*see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's second amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff must file the second amended complaint on this Court's approved prisoner civil rights form and it must be entitled "Second Amended Complaint."

The Court notes that if Plaintiff chooses to file a second amended complaint curing the deficiencies of the supplemental complaints, as outlined in this order, Plaintiff shall file the second amended complaint within 30 days from the date of entry of this order. If Plaintiff chooses not to file a second amended complaint curing the stated deficiencies of the supplemental complaints, the Court shall only screen the first amended complaint (ECF No. 6).

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motions to supplement his complaint and miscellaneous motions (ECF No. 7, 9, 11, 12, 13, 14) are denied.

IT IS FURTHER ORDERED that if Plaintiff chooses to file a second amended complaint curing the deficiencies of his supplemental complaints, as outlined in this order, Plaintiff shall file the second amended complaint within 30 days from the date of entry of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint and instructions for the same. If Plaintiff chooses to file a second amended complaint, he must use the approved form and he shall write the words "Second Amended" above the words "Civil Rights Complaint" in the caption.

///
///
///
///
///
///

IT IS FURTHER ORDERED that if Plaintiff chooses not to file a second amended complaint curing the stated deficiencies of the supplemental complaints, the Court shall only screen the first amended complaint (ECF No. 6).

DATED: This 29th day of June, 2015.

_____
United States Magistrate Judge