```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JUL - 9 2015

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASEN LYNN DUSHANE, | ) |
| Plaintiff, | ) |
| v. | )  3:14-cv-586-RCJ-VPC |
| NORTHERN NEVADA CORRECTIONAL CENTER et al., | )  ORDER |
| Defendants. | ) |

I.  **DISCUSSION**

On June 30, 2015, this Court denied several of Plaintiff's motions which appeared to supplement Plaintiff's first amended complaint. (ECF No. 15 at 1). The Court stated that it would not piecemeal Plaintiff's first amended complaint together and directed Plaintiff to file one complete and comprehensive complaint. (*Id.*). The Court granted Plaintiff 30 days from the date of that order to file a complete and comprehensive second amended complaint. (*Id.*).

On July 8, 2015, Plaintiff filed a motion for reconsideration. (ECF No. 16). In the motion, he states that his June 26, 2015 motion for leave to file a supplemental complaint (ECF No. 14) is a stand alone complaint that is fully complete. (*Id.* at 1). Plaintiff asks the Court to consider the complaint submitted with that motion as complete in itself. (*Id.*). Alternatively, Plaintiff states that if the Court finds fault with that complaint, he will respect that finding and asks the Court to accept the second amended complaint filed to his motion for reconsideration. (*Id.*).

The Court now grants Plaintiff's motion for reconsideration in part. The Court will accept the second amended complaint attached to the motion for reconsideration as a complete and comprehensive document because it has been filed on this Court's approved

civil rights form. The Court will screen the second amended complaint in a separate order at a later date.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for reconsideration (ECF No. 16) is granted in part.

IT IS FURTHER ORDERED that the Clerk of the Court shall detach and file the second amended complaint (ECF No. 16 at 3-11).

IT IS FURTHER ORDERED that the Court will screen the second amended complaint in a separate order at a later date.

DATED: This 9th day of July, 2015.

_____
United States Magistrate Judge