FILED ✓        RECEIVED
ENTERED        SERVED ON
               COUNSEL/PARTIES OF RECORD

APR 2 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>          Plaintiff,<br><br>     v.<br><br>NORTHERN NEVADA CORRECTIONAL CENTER et al.,<br><br>          Defendants. | 3:14-cv-00586-RCJ-VPC<br><br>ORDER |

## I.  DISCUSSION

Plaintiff, a former inmate of the Nevada Department of Corrections ("NDOC"), has submitted a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 18). According to the Nevada Department of Corrections inmate search database, it appears that Plaintiff is no longer incarcerated. Pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. LCR 2-2. The Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file an updated address with this Court within thirty (30) days from the date of entry of this order.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, the Court shall dismiss this action with prejudice.

DATED this 26th day of April, 2016.

_____
United States Magistrate Judge