AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF    NEVADA

JASEN LYNN DUSHANE,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER:  **3:14-cv-00586-RCJ-VPC**

NORTHERN NEVADA CORRECTIONAL
CENTER, et al.,

      Defendant.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice based on Plaintiff's failure to file an updated address in compliance with this Court's April 26, 2016, order (#36).

   June 28, 2016                                    **LANCE S. WILSON**
                                                               Clerk

                                                      /s/ D. R. Morgan
                                                        Deputy Clerk